IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 2:16-cr-0319-AKK |
| | ) |
| CLAUDELL RALPH PETIT, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The court has for consideration Defendant's Motion to Suppress Unlawfully Obtained Evidence, doc. 28. The magistrate judge filed a report on March 19, 2017, recommending that the court deny Defendant's motion. *See* doc. 53. The Defendant has timely objected. *See* doc. 62. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections, the court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and his recommendation is **ACCEPTED**. It is therefore **ORDERED** that Defendant's Motion to Suppress, doc. 28, is **DENIED.**

Done this the 12th day of May 2017.

_____
ABDUL K. KALLON
UNITED STATES DISTRICT JUDGE